Case No. 21-3979 United States v. Kenneth Johnson and Case No. 21-4013 United States v. Garnell Jamison Argument not to exceed 20 minutes shared by appellants and 20 minutes for appellee Mr. Watson you may proceed for Mr. Johnson Thank you very much Good morning your honors May it please the court, Byron Watson representing the appellant along with Gina Kuhlman who is also seated at the table We respectfully reserve three minutes for rebuttal The appellant in this case, Ken Johnson, was a councilman He was found guilty of federal program theft, fraudulent tax returns, obstruction, and improperly influencing a grand jury witness What's the most egregious error here on the part of the government would you say? We would say that the 404B evidence coming into the case was probably I think pretty pretty significant in our judgment We believe that the accusation or the insinuation of campaign finance fraud was not related to the issues in this case And not only that, which made it more egregious was that after the judge instructed the jury not to consider it Again the government's attorney in closing argument rebuttal went along that line to continue to accuse Mr. Johnson of campaign fraud What is the indication or I guess I'm struggling a little bit with what the prejudice was What's the argument about what the impact was or how we can tell whether there was an impact or not? I believe the impact is particularly with the politicians And Mr. Johnson being in a position as being a politician that all the things that go along with the politicians Because of the media that highlights misuse of monies for personal lifestyle or handling money in an inappropriate way Particularly public money In this instance the government wanted to highlight that instead of money being donated to Buckeye Which is the non-profit organization in which was doing a lot of the community service related stuff Regarding helping homeowners with their properties, helping with regard to lawn care and the like And I think that became some of the issues in the case But that aside we just believe that the prejudice that is typically associated with politicians The government's attorney I thought went over the line in terms of trying to establish that hey You're dealing with a corrupt politician, here's $31,000 that he didn't account for in his campaign accounts This is indicative of how he does business even though this particular highlight of that criminal act Didn't have anything relating to the actual charges that was facing Mr. Johnson Of course the district judge did instruct the jury not to take any of this as evidence of campaign finance violations Yes the court absolutely did that and as the reward in that is that the government's attorney went back in that same area During rebuttal close and my objection was overruled regarding that particular misstep by the government So you have a mixed message given to the jury saying well I guess it's okay for us to consider that And so I think that in that instance that denied Mr. Johnson a fair trial in that I think that just below that particular argument we believe that the improper impeachment of a character witness in the case Was particularly egregious as well that witness Sam Gisentainer who worked for the city Who was a government witness by the way indicated that he talked about what happened regarding the recreation center That was named after Mr. Johnson, the government's attorney during redirect examination posed questions to this witness Assuming Mr. Johnson's guilt and in that sense we believe that that was egregious because it undercut the presumption of innocence in this case Because the government's attorney was essentially telling this particular witness who was a government witness What was he called for by the government? The government was established that Mr. Johnson did not abide by the donation procedures related to the recreation center When certain items were donated to the center it had to be documented particularly if it was over a certain dollar amount Then who brought up his knowledge of the character of your client? Was that done by defense counsel? It was done by defense counsel The defense counsel used him as their own witness right? That's right Okay and then the government came back with rebuttal questions Right In that sense there's nothing wrong with that Judge Slater in terms of the government when that issue is raised as to a person's reputation in the community But I think what the government did in this case which stepped over the line here was that Asking or establishing that certain allegations within the case itself had already been proven to be true And that was the big problem here because in addition to that The government stating that the government has a certain level of prestige that most people would Jurors would take and say hey the government said it It must be true that the government's attorney has taken a particular position that these facts have already been established But what happened in addition to that is the court made the comment during this correcting instruction That the state of the evidence was that allowed the government to ask those questions Which puts in a juror's mind and said well these particular facts or allegations have already been proven Remind me again because I can't remember Was there an objection at that point to what the court had said or was there a sidebar? What happened? We did object initially regarding that and when the judge made the instruction we immediately filed a motion for mistrial During the trial and then the judge by journal entry denied our motion for mistrial Because of both the government's kind of implication that this stuff had been proven or whatever And the judge's seeming approval or whatever of that Is that right? That was the grounds for the mistrial? You have a good case that you're depending upon to show that that was all wrong I believe that one of the government's cases in the McGuire case actually when it cites Other cases from other circuits particularly United States v. Postinelli In which the 6th Circuit has already adopted and said that it was inappropriate for a character witness to assume a defendant's guilt And I think that case falls on all fours here because the government's attorney stated If you knew that Ken Johnson had used his child's accounts inappropriately and without their consent and permission So there was a whole litany of questions where the guilt of Mr. Johnson was presumed Now the government has indicated in this response brief that this was kind of within acceptable grounds But usually when you're talking about character evidence What is the person's reputation in the community? Whether or not they heard certain things in the community These particular allegations had not even been proven in this case And it was inappropriate for the government we believe to go along that line of questioning Now if he asked had you heard anything about these allegations in the media or from friends or people in the community Then it would have been proper but for the government to come in and directly say that these particular things Mr. Johnson had in fact already done would that change your opinion? And I believe that was the problem Thank you I'm sorry did you reserve rebuttal? You did right? I have three minutes Okay we'll hear from you in rebuttal Good morning your honors I am David Doughton counsel for the co-defendant at trial Garnell Jameson I would like to reserve three minutes for rebuttal This morning in my time I would like to address the sufficiency of the intimidation of a witness And if time whether the enhancement of the position of trust applies to Mr. Jameson as he was the assistant to Mr. Johnson But starting with the tampering with the witness The allegation is of course that they somehow persuaded Elijah Johnson to provide false evidence to the grand jury But in order to meet the statute this has to have been done with intimidation corruption clearly with the intent to change his testimony Well he came to them and said he didn't have any proof and so they told him how to doctor up some documents to show he did have proof Well I don't think that's it I disagree with that I thought the evidence was that the reason that Elijah came to Garnell was he was aware Garnell had kept his own records over a period of time Mr. Jameson in fact had been keeping records Well they may have been false records in fact he was charged Mr. Jameson was charged and convicted of presenting false testimony So he was convicted of these false records the issue is The son worked up a new set of documents right before he testified was that what happened? The son may have done that but it was difficult because Elijah kind of waffled You know he clearly the government in his cross-examination felt and with good reason that he was kind of protecting his father But the point that we're making is if he did so he did so because he would have done anyway Let me give you an example to explain the difference between presenting false evidence and intimidation If Elijah wanted to help his dad and he just took records that were already prepared and presented them Having recklessly disregarding whether they're accurate or not there was no influence going on there There was no intimidation going on there You know and so the difference between whether you're presenting false records to the grand jury Which Mr. Jameson was convicted of and not appealing here And intimidated a witness to present those same documents are two different facts or two different charges So in this case Elijah testified that you know he had been sick he had been ill He hadn't been doing what he was supposed to do and he was aware that Mr. Jameson had kept records In fact he even said the notebooks that were provided to him He went through and he was able to see a lot of the things in Mr. Jameson's notebooks he'd seen himself You know so and you know that he had in there for instance that you know there were certain deductions Or certain costs for things that were in the kitchen and he'd seen those things So you know he decided fine I'll just I'll just pass them on So you know so the question is not whether there were false records presented there were And he was convicted of it's whether they had again influenced by intimidation Or somehow you know hey you know if you don't do this you know I'm going to go to jail In fact he said he wasn't told what to say Elijah testified Are you saying there has to be like an explicit threat It can be implicit it can be implicit you know But the evidence has got to show that you know that there's It has to have the purpose of the statute is in essence to prevent someone from not cooperating Or from changing their testimony or withholding part of their testimony You know because you want to have from the witnesses perspective Or is it the intent of the defendant I think it's the intent of the defendant You know because if you know for instance Mr. Jameson or Mr. Johnson came and said here's my records Can I ask you to address I know your time's running short can you address the enhancement issue Yes the issue here is the position itself is what causes the trust to evolve If you're in a position that the title itself I mean we've said In the white case we said that you can basically have a position of trust with regard to like the general public Yes okay that case involved government agencies that you weren't necessarily in a position of trust with But the general public is also relevant to this inquiry Why didn't your client have enough discretion to make loans and do all this stuff that it would That it would count under that line of case My time's up and I have time to Yeah yeah It can cut into my rebuttal obviously Because anything that Mr. Jameson did was because of had to be approved by Mr. Johnson He himself was not in a position he was the assistant None of the loans were obtained by Mr. Jameson because of his position It was his association of Mr. Johnson's position that did it And so it's basically you can't aid in the bet for a position of trust Because that's essentially what's going on here So that you know none of the public funds were given to Mr. James They were given he wasn't the one that applied for it He wasn't the one who obtained it Even the lending and stuff it was all with the authority which people went along with Mr. Jameson Because of his association with Mr. Johnson Jameson testified to this? No he did not So we don't know on the record On the record yes that's correct Thank you very much Okay thank you you'll have your full rebuttal time We'll hear from the government Thank you May it please the court Matt Call for the government The defendants have not demonstrated any error at trial or at sentencing And therefore we ask the court to affirm the convictions and sentence I'd like to cover three points today First the district court committed no errors in its evidentiary rulings that defendant Johnson challenges Second there was sufficient evidence to convict defendant Jameson of both schemes with which he was convicted And finally that the district court properly calculated the guidelines Diving into the first issue that Mr. Watson cites regarding what he describes as Rule 404B evidence It wasn't Rule 404B evidence It was rebuttal evidence specifically asked to address an issue that Councilman Johnson had testified to During his own direct examination when he took the stand By way of background one of the allegations against Councilman Johnson Was that he had improperly claimed a $31,000 tax deduction Purportedly for a donation to Buckeye to the development corporation Was this from the campaign funds or was this from the cars? Well this is relating to the campaign funds your honor And in our case in chief we introduced various bank records to show there was no evidence That this $31,000 donation was either a donation or had come from Councilman Johnson Rather the evidence showed it was a loan and it came from Garnell Jameson That was the state of the evidence in the government's case in chief And the word campaign was never mentioned When Councilman Johnson took the stand and he was asked about that during Mr. Watson's direct examination He said that came from campaign funds Well we had the campaign records and they showed no such donation And that's why we properly inquired on cross-examination about that It wasn't alleging any kind of campaign fraud violation It was specifically to address an element of the tax offense with which he was charged And frankly to impeach his credibility which is always at issue when an individual takes the stand Were these campaign funds in a bank account or were they just kind of loosely kept in the office? We introduced the campaign bank account records and we asked Mr. Johnson to show where and where it came from And there was no such evidence of it We never alleged and if you look at the What was the You all requested an instruction though right? Some kind of limiting instruction is that right? We did and in abundance of caution we did your honor And what was the limiting What was the purpose of it? You were clearly worried about something out of an abundance of caution We did not want the jury to get the impression that we thought this was a campaign finance violation Which is what Mr. Watson alleged So in an abundance of caution to protect the record and to ensure we weren't stepping over the line We did request that limiting instruction and it was given without objection So He claims in a rebuttal argument you brought it up again The rebuttal argument properly argued the relevance of the evidence just as I described it That there was no evidence from the campaign records that the donation was ever made We never alleged, implied, inferred in any way shape or form That he had somehow committed some sort of new additional wrong relating to his campaign In fact our position was that donation was never made by Councilman Johnson Not from cash, not from his personal records, not from his campaign records And therefore he had lied on his taxes which is what he was charged with So it went directly to an element of the offense And it went to impeach his credibility because Councilman Johnson on his direct examination Raised the issue of campaign funds Not the government So we don't believe that was Rule 404B evidence at all The evidence showed that Buckeye booked this on its books as a loan From Garnell Jameson Issued Garnell Jameson a receipt for it So it was intended to address an element of that specific offense Turning to the questions relating to character evidence Again this was something that Councilman Johnson placed at issue During his cross-examination of the witness Samuel Gissent Tanner He asked questions regarding his reputation for Honesty and truthfulness and the like Which is proper But when he does that Which he's permitted to do under Rule 404A too Rule 405A then says that the government is permitted to Rebut that testimony with Specific instances of the person's conduct And that's what happened here They asked a handful of questions I believe it was four or five questions relating to Specific instances of conduct And the witness's answers on that conduct Well his argument is that you can't use Specific instances that are at issue in the case That haven't been proven yet There are cases that say that Your Honor But I think if you look at the specific language Of the questions asked in that case That wasn't done They were asked in the conditional If this were the case And then in the court's limiting instruction it said The government was asking about allegations What's your best case on that? I believe the Frost case from this court Your Honor In the Frost case This court said that the government Once a defendant has opened the door Regarding such character evidence Can ask about conduct And even about charges That may have come to the attention of the relevant community But if you open the door Are you allowed to do more than you would have been able to do Just calling them as a character witness I guess? I think so I'm not sure I understand your question But I think the answer is yes I'm just saying are you in a better position Because they brought it up in cross-examination Of your witness Than you would have been had I suppose they brought it up If they had called Were you in the same position As if they had called the person on direct And used them as a character witness? I believe it's the same position Your Honor I'm not saying we gave extra latitude Merely because it was on cross-examination What about the judge's comment About the state of the evidence? I mean that was What is that I mean The state of the evidence As it's been presented I take it as your argument That he wasn't saying The state of the evidence showing this But I don't know How do you interpret that? Well and the court In it's limiting instructions Specifically said that the governor Was asking about allegations So I think you have to take that into account And at the end of the case In it's closing instructions The court said you You know my opinions don't matter And it's up to you to make the decision on it As we do in all cases So I think it's a stretch to say That the court was somehow instructing the jury That these specific allegations Had been proven When he uses the word allegations The government is permitted to ask him Because they are allegations in this case So I think that It overstates the case To say that the court Somehow instructed the jury That these facts were found Or that the government's questions Somehow implied that these specific facts Were found And frankly even if The questions Had been improper The defendant hasn't demonstrated Any harm from them It's well established That questions are not evidence And the jury was so instructed At 41-43-44 The witness's answers To those questions Was relatively benign His answers were some version of I would have to scrutinize that That really Boiled down to it Is a fancy way of saying I don't know if it would affect my opinion And so to say that that's some But that's interesting Because I don't think the problem Was what the answers were from the witness The problem is If the jury is getting the impression That the court Thinks this is a done deal Why are we here? Why are we going through the motions? He's already commented The evidence is good The government's asking about these allegations As if they've already been proven I guess I only have one choice here, right? But I disagree with your interpretation of that Because the questions were If you learned that Would it affect? It was conditional It was put in the I believe it's the subjunctive I understand that And that would go to Whether there was an error or not But if the error is As they have characterized it Then I find it hard to believe That it wouldn't be prejudicial At that point But Again You have to accept all the premise And I'm not saying that you weren't But I'm just saying that But accepting that premise Then we're into Whether or not the error was harmless And the burden for harmless error Was it more likely than not That it affected the outcome in this case Under Rule 52 And the harm in this was that One witness said that he Might have to look at it again And There was overwhelming evidence of Councilman Johnson's guilt in this case So much that he hasn't even challenged Sufficiency on any count Or any scheme in this case The jury had already heard Substantial evidence that's gone unchallenged So to say that These I believe it was four Maybe five questions So Inflamed or infected the jury I think is just Too far a stretch Given that he introduced Substantial other character evidence Throughout the case And so We don't believe that If those questions were improper That any harm resulted from it What about the Jamison argument? As to Jamison Specifically as to the witness tampering issue No threat is required And that's one fundamental disagreement I have with my colleague Mr. Doughton When he told this court That some sort of threat is required For a 1512 B1 conviction It's not The elements are corruptly Persuade If it's shown that the defendant Corruptly persuades a witness In an official proceeding With the intent to influence them That that is sufficient So no threat is required We didn't prove a threat But we did prove that he tried to Corruptly persuade them Based on Elijah Johnson's evidence The state of the evidence was that Elijah Johnson didn't know anything About any donations He had no records about any donations And when he was told I'm going to be You're going to be subpoenaed To be a grand jury witness Regarding these records He went to Councilman Johnson He went to Gardnell Jameson And they gave him records And they met with him And reviewed them Knowing that he would be Going into the grand jury They were in essence Trying to create False testimony That would be presented To an official grand jury In order to influence them What should he have done? Just say I don't have any records? Yes Go to the grand jury And say I don't have them Yes He should have said I don't have any records And if we had followed up With questions about What do you know about These donations The correct answer would be I don't know anything about this You would have to ask Other people Because I don't know He could have taken the fifth I guess If he had a fifth Sure That would be another option But He didn't do that I'm sorry your honor He didn't do that He did not He went to Gardnell Jameson Gardnell Jameson Gave him false records That count is Unchallenged on appeal And then he met with him And reviewed those records With him A day or so Before he testified In the grand jury Simply encouraging witnesses To provide false testimony Is sufficient To support a Witness tampering charge Under 1512b1 As this court stated In the Levictor case Which we cited in our brief So we believe there was Sufficient evidence To show Mr. Jameson's guilt On that count       It is sufficient To show Mr. Jameson's guilt On that count What about the enhancement Of the sentence For breach of public trust Certainly your honor Mr. Jameson does challenge that We believe the evidence Was sufficient To support that In this case I note that It's a Factual finding Whether or not That occurred According to this court In the Williams case And therefore It's reviewed For clear error Giving due deference To the district court's Finding This district court Sat through a week Week and a half long trial And heard all the evidence And the record Clearly showed That people regarded Mr. Jameson As Counselman Johnson's proxy Or his stand in He acted with The longest serving Councilman In city history's Full weight And authority His accountant Councilman Johnson's Accountant testified Essentially She believed That he had Power of attorney For him So he acted With Councilman Johnson's Full authority And he abused that But that He abused that I mean Vis-a-vis Johnson So He abused that He was Johnson's agent So normally You would say The agent Is in a position Of trust With regard To the principal But the principal Is also defended In this case So What Abuse Whose trust Was abused here That's what I'm Starting with And I'm not sure I think it's I'm not sure We have to show Whose Position was abused Because even under The guidelines Our cases suggest That you've got A You know The guidelines say It's like an attorney Stealing money A banker Whatever it is We have the U.S. Bank The Pavlovich Whatever that case is We have White We've got the other cases I'm sure you know them In every case We're talking about You know Is it a government agency Is it the public Who is it This case I mean We Look Both people Are criminal defendants here I'm not sure I mean It seems odd to say I mean I don't know I mean I think we do have to talk about Whose trust was abused Here I guess that's what I'm getting at He abused His position Of authority And he Developed that position Of authority By being Councilman Johnson's Chief aide And other people Testified that they Viewed him Essentially as a stand-in For the councilman So yes He was using Councilman Johnson's Position In order to do things But the guidelines Say that's okay If you read the application I believe it's note Three that says Even a person With apparent authority Can be On the hook For an abusive Position of trust Where they Act with that authority Is there evidence That he acted Independently sometimes Without approval Of Johnson Or did he just Take orders from Johnson And I I think it fell somewhere In between your honor I don't think he was acting Independently I think that he And the councilman Had ongoing Conspiracies And that he knew What the councilman Was up to And acted With his authority To further those He certainly Was involved In a big way On those Doctrine Doctrine Those Evidence That went before The grand jury About the son Right He certainly was And I think the best Evidence relating To Mr. Jameson's Abusive position Of trust Came from Mr. Fitzpatrick Who testified That he needed Johnson And Jameson's Support for a Pending promotion And because of that Pressure That was one Of the reasons He felt pressured Into filling out Those false Timesheets As part of the  Monthly scheme And that's based On Mr. Fitzpatrick's Testimony At 2468-69 2516-17 And then The testimony From Mr. Hopkins Who ran Buckeye Was that Jameson Negotiated Large bonuses For himself And Johnson's Children from Buckeye Even though The organization Was in terrible Financial condition And that's Page ID 29-28 To 29 These are Buckeye Needed Councilman Johnson's Assistance By the End of this All of their Funding was Coming from Block grant Funds And Councilman Johnson Controlled The purse On that So they Were very Much at His mercy And wanted To do Anything they Could to Please him And so When Garnell Jameson Comes to Them to Negotiate Bonuses There's Pressure And so We believe That does Indicate a Use of A position Of authority Over another Organization And he Did so To benefit Both Himself And Johnson So I Think there's Independent Evidence that He was  Johnson's    Schemes And to Benefit Himself So I Think There's Independent Evidence That he Was acting With Johnson's Authority But Okay So then Whose Whose Trust is he Abusing at That point The Taxpayers in The city He had That position Of trust By being the Chief aid To a City council So then We're basically Back to white Where you're Kind of The general Public is Counting on You to Keep our Water safe And you So it's not Really the EPA or Somebody that is Counting on you It's the general Public And that's Enough I think it is Enough your Honor When you look at The position About white Authority I'm sorry Sorry to Interrupt but The one thing we Say in white As I recall Is for Public safety And Something else Public health Public health And public Safety And I think In Those cases Where It's a more Traditional Kind of Scheme or Whatever I'm not Sure That works So I I agree With that But I go Back to the Text of the Guideline 3B1.3 If the Person has Substantial Decision Making Decision Making And They Trust Me Some Person That Can't Control Their Own Affairs Or Whatever They Trust Me And One Of The Indications That I Have This Trust Of Course Is That I Have This Trust Of John Johnson And Therefore I Also Implicitly Am Trusting The People That He Is Further Trusting Is That Maybe The Best Theory That You Have But I Don't   . Why is that not enough? The Government then characterizes it in its closing arguments campaign funds. Mr. Johnson had, in fact, during his examination even though there were some ambiguity, but he cleared it up and said that this was cash that I was saving for my campaign, given that circumstances, I think for the Government then to go back in, I think that caused prejudice. I got a question on this abuse of public trust. There's a Seventh Circuit case called, I guess, Fife or F-I-F-E? I think that this is Johnson's counsel. Oh, excuse me. I'm sorry. You're right. And so we believe that the prejudice is there, but with reference to the character evidence that was being argued by the Government that it was harmless. I think the Court has to take into consideration the judge's position in this case because the way the jury is going to view what the judge says and what his state of impartiality is in the case, when the Government asks questions that facts have already been proven, and then the Court come back and say, listen, what the Government actually said and did was the appropriate thing and the state of the evidence reflects that. And I think that's where the problem comes in. I understand your argument. I'm not sure I read that statement the same. I mean, the state of the evidence is what's maybe in evidence, but it doesn't, I'm not sure. You're saying the judge is basically commenting and saying this is a done deal. It's been proven. And I don't know if it goes that far. The Court is endorsing what the Government said. And so when the Government says that, you know, Mr. Johnson has already done these things, the Court is endorsing what the Government has said and that's where the problem comes in in this particular case. With regarding the substantial evidence quotient, this, you know, Mr. Johnson's case is a little bit different. A lot of the case was based on whether or not what his knowledge was and what his intent was. And so when the Government says, well, there's overwhelming evidence and you should take into account that we didn't file, you know, challenges as to sufficiency, we believe that if believed, you know, the evidence believed could prove the case beyond a reasonable doubt. But that doesn't mean the case by the Government is substantial. Okay. All right. We hear you. Thank you. All right. Thank you. Thank you for your argument. We'll hear from counsel for Mr. Jamieson. Thank you, Your Honor. I just want to follow up briefly on what Mr. Watson was saying. The standard for harmless is not whether there's otherwise sufficient evidence. It's whether that error contributed, the Government has a burden beyond reasonable doubt to show contribute. I cringe when I hear that. We're aware. I apologize. Back to the... It sounds like Judge Gilman's got a question. Yeah, I... I was just curious about, you know, there's a Seventh Circuit case that held a special assistant to the mayor was subject to that enhancement. Fife, F-I-F-E, United States v. Fife, a 2006 Seventh Circuit case. Are you familiar with that? I... I... Yes. And... And how would you distinguish that? Well, first of all, frankly, I think it's wrongly decided. I... You know, because the... The issue with the notes and guidelines is does the position itself, is that what generates the trust and facilitates the ability to do the wrong? And so in this case, the position that facilitated the ability, the trust to get the grants, the loans, was Mr. Johnson's position. You know, not... Now, do I agree with the government's position that they were involved in tax fraud? Yes, but they were charged and convicted of those offenses. You're saying Mr. Jamison didn't do anything unless he was told by Johnson to do it. No, he did have... I would agree with the government that he had considerable discretion, but there was like... My reading of the record is frankly in a way most favorable to the government, was that they had a general plan, like he understood what Mr. Johnson wanted and how he facilitated it. He knew about the fraud and he was just helping it out. Well, you know, and in all fairness to the government, he sometimes, you know, was able to come up with the specific plan that was the general, so I don't want to... Then why wasn't he... Then why under that theory is he not just basically like Johnson and whatever trust Johnson is abusing, Jamison is abusing? Well, if that's the case... They're basically just acting together to abuse public trust. The guideline frankly would have said that, would have put out... So the problem with the five cases is that anybody within, let's say a politician's office, who carried out, helped the politician, not that there's corrupt politicians, but assuming there was corrupt politicians involved, whatever response would be, they would be guilty of the violation of position of trust. They're guilty of the offense. In this case, Jamison was convicted of the various frauds, but the issue is whether it's enhanced because of his position. Well, I mean, in White we said we don't want to carry the public as victim too far because every public official would... Or every public employee would get swept in, which I take it as your argument. But then I would say, well, Jamison's not necessarily like every public employee precisely because he has all of this discretion to kind of act and do things on his own and yes, with some direction, but that kind of sets him apart than the just signing checks or doing whatever, even though they know that it's for bribes or something. So I don't know. My brief response... Go ahead, yes. ...was the difference is the funds and loans were already obtained by Johnson and I would point to Ragland where this court talked about the fiduciary duty the position has. And again, we're in a position then where it becomes aiding and abetting the person who actually holds the position and I don't think that's what the guidelines intended. Okay. Thank you very much. Thank you. Thank you both parties for the briefs and arguments and the case will be submitted.